
FILED
AUG 3 0 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HERNANDEZ-GOMEZ<br><br>Defendant. | CR 18-51-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Expedite Sentencing Hearing (Doc. 21), and good cause being shown,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, October 11, 2018 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, September 26, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **September 17, 2018.**

1

2. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **September 20, 2018.** Absent good cause shown, sentencing memoranda and supporting documents filed after September 20, 2018 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

3. Responses to sentencing memoranda shall be filed on or before **September 24, 2018**.

4. Reply briefs will not be accepted for filing in sentencing matters.

5. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

6. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of August, 2018.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE