FILED

SEP 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HERNANDEZ GOMEZ,<br><br>Defendant. | CR 18-51-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DANIEL HERNANDEZ GOMEZ is hereby released from the custody of the U.S. Marshals Service and into the custody of the Bureau of Immigration and Customs Enforcement.

DATED this 26th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1